UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:09-cv-165-SPM-WCS

FLORIDA CLEAN WATER NETWORK, INC.;
CONSERVANCY OF SOUTHWEST
FLORIDA; ST. JOHNS RIVERKEEPER; and
LINDA L. YOUNG;

    Plaintiffs,

vs.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; LISA P. JACKSON,
Administrator of the United States Environmental
Protection Agency; UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY
REGION IV; and A. STANLEY MEIBURG,
Acting Regional Administrator, EPA Region IV;

    Defendants.
_____/

## NOTICE OF CONVENTIONAL FILING OF COURTESY COPY OF ADMINISTRATIVE RECORD

    Defendants the United States Environmental Protection Agency; Lisa P. Jackson, Administrator; A. Stanley Meiburg, Acting Regional Administrator, EPA Region IV; and EPA Region IV; (collectively "EPA") hereby notice the filing of a courtesy copy of the administrative record in the above-referenced matter. EPA files the courtesy copy of the record in electronic format for the Court's convenience in reviewing the Parties' motions for summary judgment.

    Copies of the compact discs filed conventionally with Court are also being simultaneously

served on Plaintiffs and the proposed intervenors in this action. At the conclusion of briefing in this case, EPA will print and provide a paper copy of all documents cited by the Parties that are included in the administrative record so that those materials may be made publicly available in the Court's case file.

                                          Respectfully submitted,

                                          THOMAS F. KIRWIN
                                          Acting United States Attorney
                                          Florida Bar No. 280941
                                          ROBERT D. STINSON
                                          Florida Bar No. 319406
                                          Assistant United States Attorney
                                          111 North Adams Street, 4th Floor
                                          Tallahassee, FL 32301
                                          Tel:   (850) 942-8430

                                          JOHN C. CRUDEN
                                          Acting Assistant Attorney General

Dated:  September 15, 2009                    /s/ Martha C. Mann
                                          MARTHA C. MANN
                                          Florida Bar No 155950
                                          martha.mann@usdoj.gov
                                          U.S. Department of Justice
                                          Environment and Natural Resources Division
                                          Environmental Defense Section
                                          P.O. Box 23986
                                          Washington, D.C. 20026-2986
                                          Telephone: (202) 514-2664
                                          Facsimile: (202) 514-8865

Of Counsel for Defendants:

Steve Sweeney
Office of General Counsel
United States Environmental Protection Agency
Washington, D.C.

Carol Baschon
Susan Hansen
Office of Regional Counsel, Region IV
United States Environmental Protection Agency
61 Forsyth Street SW
Atlanta, GA 30303

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing to be electronically filed on September 15, 2009. The following counsel are to receive notice of the filing via the Court's electronic case filing system:

David A. Ludder
David A. Ludder, PLLC
9150 McDougal Court
Tallahassee, FL  32312-4208
davidaludder@envirolawyer.com

Terry Cole
Oertel Fernandez Cole & Bryant
P.O. Box 1110
Tallahassee, FL  32301-1110
tcole@ohfc.com

            /s/ Martha C. Mann
            MARTHA C. MANN
            United States Department of Justice
            Environment and Natural Resources
            Division